# United States Court of Appeals
## For the First Circuit

No. 10-1812

UNITED STATES OF AMERICA,

Appellee,

v.

NATHAN REHLANDER,

Defendant, Appellant.

No. 10-1831

UNITED STATES OF AMERICA,

Appellee,

v.

BENJAMIN J. SMALL,

Defendant, Appellant.

Before

Lynch, Chief Judge,
Torruella and Boudin, Circuit Judges.

**ORDER OF COURT**

Entered: February 9, 2012

In light of the government's notice that it does not intend to file a petition for rehearing in these cases, mandates shall issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Renee M. Bunker
Margaret D. McGaughey
James M. Moore
Virginia G. Villa